IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Tong Ho Zhang                        :
                                     :
            Petitioner,              :        CIVIL ACTION NO. 02-4377
                                     :
      v.                             :
                                     :
John Ashcroft, U.S. Attorney         :
General, Immigration and             :
Naturalization Service               :
                                     :
            Respondent.

ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of the Respondent
in the above-captioned matter.

_____
SUSAN R. BECKER
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215)861-8310
Fax: (215)861-8642

Dated: July 10, 2002

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

Tong Ho Zhang
Berks County Prison
1287 Welfare County Road
Leesport, PA 19533


_____
SUSAN R. BECKER
Assistant United States Attorney

Dated: July 10, 2002