IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONG HO ZHANG, A-70-577-572** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| **JOHN ASHCROFT, U.S. Attorney** | : | |
| **General and IMMIGRATION and** | : | |
| **NATURALIZATION SERVICE** | : | |
| Respondents. | : | **NO. 02-4377** |

# O R D E R

**AND NOW**, this 11th day of July, 2002, upon consideration of the Motion of Petitioner, Tong Ho Zhang, for Leave to Proceed *In Forma Pauperis* (Document No. 1, filed July 1, 2002), it appearing that petitioner is unable to prepay the costs of commencing this suit pursuant to 28 U.S.C. §1915(a), **IT IS ORDERED** that the Motion of Petitioner, Tong Ho Zhang, for Leave to Proceed *In Forma Pauperis* is **GRANTED**.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**