IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONG HO ZHANG, A-70-577-572** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| **JOHN ASHCROFT, U.S. Attorney** | : | |
| **General and IMMIGRATION and** | : | |
| **NATURALIZATION SERVICE** | : | |
| Respondents. | : | NO. 02-4377 |

**O R D E R**

**AND NOW**, this 11th day of July, 2002, upon consideration of the *pro se* Petition of Tong Ho Zhang for Writ of Habeas Corpus under 28 U.S.C. § 2241, the said Writ having been filed on July 1, 2002, and the Court having granted leave to proceed *in forma pauperis* by separate Order on July 11, 2002, **IT IS ORDERED** that, on or before July 25, 2002, the Government shall file and serve (a) its response to the *pro se* Petition for Writ of Habeas Corpus and (b) a status report covering deportation or removal of petitioner. If additional time is required, it should be requested by letter to the Court (Chambers, Room 12613) on or before July 25, 2002. One (1) copy of the Government's response to the Petition and status report shall be served on the Court (Chambers, Room 12613) when the originals are filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**