IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONG HO ZHANG, A-70-577-572 | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHN ASHCROFT, U.S. Attorney | : | |
| General and IMMIGRATION and | : | |
| NATURALIZATION SERVICE | : | |
| Respondents. | : | NO. 02-4377 |

## O R D E R

**AND NOW**, this 24th day of July, 2002, upon consideration of the Government's request for an extension of time from July 25, 2002, to August 21, 2002, by which to file and serve its response to the *pro se* Petition of Tong Ho Zhang for Writ of Habeas Corpus under 28 U.S.C. § 2241 and provide the Court with a status report covering deportation or removal of petitioner,[1] and good cause appearing, **IT IS ORDERED** that, on or before August 21, 2002, the Government shall file and serve (a) its response to the *pro se* Petition for Writ of Habeas Corpus and (b) a status report covering deportation or removal of petitioner. If additional time is required, it should be requested by letter to the Court (Chambers, Room 12613) on or before August 21, 2002. One (1) copy of the Government's response to the Petition and status report shall be served on the Court (Chambers, Room 12613) when the originals are filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**

---

[1] The request is contained in a letter dated July 23, 2002. A copy of the letter shall be docketed.