1

# ORDER TO SHOW CAUSE AND NOTICE OF HEARING
## ORDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISO DE AUDIENCIA)

ortation Proceedings under section 242 of the Immigration and Nationality Act.
: trámites de deportación a tenor de la sección 242 de la Ley de Inmigración y Nacionalidad.)

ted States of America:
tados Unidos de América:)

**File No.** A70 116 167
**(No. de registro)**

**Dated** July 30, 1992
**(Fechada)**

matter of          Chin Sun LIN          (Respondent)
' asunto de)                              (Demandado)

ss
cción)

hone No. (Area Code)
de teléfono y código de área)

Jpon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
*Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega que:*)

You are not a citizen or national of the United States;
*Ud. no es ciudadano o nacional de los Estados Unidos)*

You are a native of People's Republic of China          and a citizen of People's Republic of China ;
*Ud. es nativo de)*                                      (y ciudadano de)

You entered the United States at or near Douglas, Arizona          on or about July 29, 1992 ;
*(Ud. entró a los Estados Unidos en o cerca de)*          (el día o hacia esa fecha)

You were not then inspected by an immigration officer.
(Ud. no fue inspeccionado entonces por un funcionario de inmigracion)

ORIGINAL SERVED ON
COURT/EOIR ON 8/3/92

ORIG OSC SENT TO LIT. JUL 3 1 1992
UNDER DOCKET CONTROL SPC/FLO

| | |
|---|---|
| Dated (Fechada) | July 30, 1992 |
| File No. (No. de registro) | A70-116 167 |

ent    Chih Sun LIN
fado)

) on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the provision(s) of law:
egún los alegatos anteriores, se le acusa de estar sujeto a deportación de acuerdo con la(s) siguiente(s) ion(es) de la ley:)

tion 241 (a) (1) (B) of the Immigration and Nationality Act, as amended, in that you ered the United States without inspection.

ccion 241 (a) (1) (B) de la Ley de Inmigracion y Nacionalidad, segun enmendada, en que entro a los Estado Unidos sin inspeccion.

HEREFORE, YOU ARE ORDERED to appear for a hearing before an Immigration Judge of the Executive Office for ation Review of the United States Department of Justice at:
OR LO CUAL, SE LE ORDENA comparecer ante un juez de inmigración de la Oficina Ejecutiva de Revisión de ición del Departamento de Justicia de los Estados Unidos en:)
To be calendared and notice provided by the Executive Office for Immigration Review.
ldress    Notice will be mailed to the address provided by the respondent in accordance with
ción)  242B(a)(1)(F).

| On (echa) | | At (Hora) | .m. |
|---|---|---|---|

ow cause why you should not be deported from the United States on the charge(s) set forth above.
strar motivos justificantes por cual no debería ser deportado de los Estados Unidos por los cargos expresados rmente.)

| July 30, 1992 (ada) | Signature of Issuing Officer   James R. Steck AGPA (Firma del funcionario que la expide) |
|---|---|
| d State of Issuance   Tucson, Arizona d y Estado donde se expide) | Title of Issuing Officer   Assistant Chief Patrol Agent (Título del funcionario que la expide) |

Order to Show Cause shall ⌐ filed with the ⌐ration Judge of the Executive Office for Immigration ⌐w at the address provided below. You must report ⌐changes of your address or telephone number in ⌐g to this office:

Debe presentar ⌐ a Orden de Presentar Motivos Justificantes a la Oficina Ejecutiva de Revisión de Inmigración en la siguiente dirección. Debe notificar cualquier cambio de su domicilio o número de teléfono por escrito a:

## The Office of the Immigration Judge

### Federal Building Room 3114

### 230 North First Avenue

### Phoenix, Arizona 85025

## Certificate of Translation and Oral Notice

Order to Show Cause ☒ was ☐ was not read to the named alien in the __Mandarin__ language, ⌐ is his/her native language or a language which he/she understands.

| | | |
|---|---|---|
| ⌐ly 30, 1992 | _Liting Barber_ (Signature) | Liting Barber |
| | Signature | Printed Name and Title of Translator |

⌐chise College, Douglas, Arizona, 85607

⌐ss of Translator (if other than INS employee) or office location and division (if INS employee)

⌐l notice was not provided please explain)

| Manner of Service | Alien's Right Thumb Print |
|---|---|
| ☒ Personal Service to Alien | |
| ☐ Certified Mail - Return Receipt Requested | |
| ☐ Alien | |
| ☐ Counsel of Record | |

## Certificate of Service

Order to Show Cause was served by me at __Douglas, Arizona__ on __July 30,__ 19 __92__

| | | | |
|---|---|---|---|
| _Stephen S. Mark_ | | BPA | Douglas, Arizona |
| ⌐er's Signature | Printed Name | Title | Office |

张统柱

⌐n's Signature (acknowledgment/receipt of this form)
⌐ma de extranjero/acuse de recibo)

### Request for Prompt Hearing and Waiver of 14-Day Minimum Period
### (Solicitud de audiencia inmediata y renuncia al plazo mínimo de 14 días)

To expedite determination of my case, I request an immediate hearing, and waive my right to the 14 day notice.
*(Para agilizar la decisión sobre mi caso, solicito una audiencia inmediata y renuncio a mi derecho a un plazo mínimo de 14 días.)*

July 30, 1992

⌐nature of Respondent
⌐ma de demandado)

Date
*(Fecha)*

2

In the Matter of:

                                    In Deportation Proceedings

    LIN, CHIN SUN
        Respondent

CHARGE(S): 241(a)(01)(B)(   )
APPLICATION(S):

On behalf of the Respondent:      On behalf of the Service

                                RAZNICK, ARTHUR

## DECISION OF THE IMMIGRATION JUDGE

It is charged in the Order to Show Cause that the respondent is a native of CHINA and citizen of CHINA who entered the United States on or about _July 29/99_ and is deportable under Section 241(a)(01)(B)( ) of the Act. The Order to Show Cause was served upon the respondent. This Order to Show Cause contained a warning that a failure to attend the hearing at the time and place designated may result in a determination being made by the Immigration Judge in the respondent's absence. The respondent was duly notified of the time and place of the hearing, but without reasonable cause failed to appear on Oct 14, 1992 .

Section 242(b) of the Act, 8 U.S.C. 1252(b),provides inter alia that the Immigration Judge shall have the power to conduct in absentia hearings, "If any alien has been given a reasonable opportunity to be present at a proceeding under this section, and without reasonable cause fails or refuses to attend....the (Immigration Judge) may proceed to a determination in like manner as if the alien were present." The Supreme Court in INS v. Lopez-Mendoza, 104 S. Ct. 3479 (1984) stated, "The respondent must be given a reasonable opportunity to be present at the proceeding, but if the respondent fails to avail himself of the opportunity, the hearing may proceed in his absence." See also Matter of Charles, 16 I&N Dec. 241 (BIA 1971); Matter of Jean, 17 I&N Dec. 100 (BIA 1979); Matter of Patel, I.D. 2993 (BIA 1985); and Matter of Perez, I.D. 3025 (BIA 1987).

Since respondent failed to appear or show any reason for such failure to appear, deportation proceedings were held in absentia. The Immigration and Naturalization Service presented Form I-213, Record of Deportable Alien/passport/affidavit/other* as evidence that the respondent is a native and citizen of the country stated in the Order to Show Cause and is deportable on the charge set forth in the Order to Show Cause. I find that deportability has been

ELN

established by evidence which is clear, convincing and unequivocal. Woodby v. INS, 385 U.S. 276 (1966), 8 C.F.R. 242.14.

Respondent is not present to establish eligibility for any relief from deportation and therefore will be ordered deported to the country of his citizenship.
ORDER: IT IS ORDERED that respondent be deported from the United States to CHINA on the
charge(s) contained in the Order to Show Cause.

Date: 10/14/92

IRENE WEISS
Immigration Judge                    1U

3

| DATE: August 27, 2001 | INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT | FILE A70 577 572 |
|---|---|---|

| 1. NAME ZHANG, Tong Ho | | 2. SEX Male |
|---|---|---|

**3. OTHER NAMES USED OR KNOWN BY**
LIN, Chin Sun

**4. CITIZENSHIP** china

| 5. DATE OF BIRTH 1/8/72 | 6. PLACE OF BIRTH Chang Lau Fu Chin, China |
|---|---|

| 7. HEIGHT 66" | WEIGHT 130bs | EYES Brown | HAIR Black | COMPLEXION Light | MARKS OR SCARS N/V |
|---|---|---|---|---|---|

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH Chang Lau Fu Chin | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY N/A |
|---|---|

**10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.**
N/A

| 11. NAMES, LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS  N/A | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED.  UNKNOWN |
|---|---|

**13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP** *(Show dates of residence)*
Chang Lau Fu Chin, China

**14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE** *(Show dates of residence, and immigration status there)*
China

| 15. PLACE OF ENTRY INTO UNITED STATES Douglas, Arizona | DATE OF ENTRY INTO UNITED STATES July 29, 1992 |
|---|---|

**16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.**
N/A

**17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY: ☐YES ☐NO. DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: ☐YES ☐NO. STATE HOW, WHEN, AND WHERE IT WAS OBTAINED: WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.**
N/A

| 18. FATHER'S NAME LIN, Shing | DATE OF BIRTH UNK | PLACE OF BIRTH China |
|---|---|---|

| 19. MOTHER'S MAIDEN NAME LIN-MAY, Nong | DATE OF BIRTH UNK | PLACE OF BIRTH China |
|---|---|---|

**PRESENT ADDRESS**
N/A

**20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD**

N/A

**21. PREVIOUSLY ☐EXCLUDED ☐DEPORTED ☐REQUIRED TO DEPART FROM THE UNITED STATES**

ON _____ VIA _____ _____ TO _____
(Date)                        (Part)                                (Country)

**22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN: ☐YES ☐NO. IF SO, GIVE DATES AND PLACES**

N/A

**23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE**
N/A

**24. NAMES, AGES AND ADDRESSES OF ALL CHILDREN**
N/A

**25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL**
N/A

Form I-217 (Rev. 3-30-77)Y UNITED STATES DEPARTMENT OF JUSTICE Immigration and Naturalization Service

4



**U.S. Department of Justice**
**Immigration and Naturalization Service**
Philadelphia District

---

*1287 County Welfare Road*
*Leesport, PA. 19533*

February 12, 2002

Consulate General of the People's Republic of China
Attn: Vice Consul Zheng
520 12th Avenue
New York, NY 10036

<u>**RE: ZHANG, Tong Ho  A# 70 577 572**</u>

Dear Vice Consul Zheng,

Please find enclosed a completed Declaration of Identity/Personal Particulars, 8 passport-sized photographs and a copy of the original travel document request made to your office of behalf of Mr. Tong Ho Zhang, a native and citizen of the People's Republic of China. Mr. Zhang has expressed a strong desire to be repatriated to his native country and to that end, this office has taken the liberty of forwarding the attached documents to your office.

As you are aware, Mr. Zhang entered the United States illegally at Douglas, AZ on or about July 29, 19921. At that time, Mr. Zhang was not in possession of a valid passport or visa. As a result, Mr. Zhang was placed in exclusion proceedings for which Mr. Zhang failed to appear and was ordered excluded from the United States.

Mr. Zhang will be scheduled to depart the United States upon receipt of a travel document. Since Mr. Zhang is being detained at government expense, a prompt reply would be most appreciated.

Should you need any further information to assist you in issuing a travel document for Mr. Zhang, please contact Officers Bernal, Savina or Agagan at (610) 208-4821 or fax (610) 376-0435.

Sincerely,

*Theodore R. Nordmark*

Theodore R. Nordmark
Assistant District Director
Detention and Deportation

Encl:
1) Declaration of Identity/Personal Particulars
2) 8 passport-sized photographs
3) Original travel document request

中华人民共和国总领事馆
CONSULATE GENERAL OF
THE PEOPLE'S REPUBLIC OF CHINA
520 12th Avenue, New York, NY 10036
电话 Tel: (212) 330-7400

此栏由总领事馆使用
For Consulate General use only

注意: 此表必须用中文填写并签署。
Note: This form MUST be filled and signed in Chinese characters.    USINS File # _____

## 身份陈述书
## DECLARATION OF IDENTITY / PERSONAL PARTICULARS

本人现声明下列所有有关本人的资料均属实.
I hereby declare that the following particulars concerning myself are true:

姓名
Name in full          张 绩 好

出生地点
Place of birth        中国福建省长乐市航城镇

相片
Photograph

出生日期
Date of birth  1992, 1 8   性别 男 [✓]  女 [ ]
               Sex Male    Female

在中国居住的家人或亲友姓名、住址及联系电话:
Name, detailed address and phone number of a relative or friend in China:

姓名 张性炳   亲属关系: (父、母) 配偶、兄弟姐妹、其他 (请划圈)

住址: 福建 省 长乐 县/市 航城 乡/镇
      石龙 村       街 12 号 电话: _____

何时来到美国
Date of Entry into the United States  1991 年 9 月 28 日
                                            year  month  day

在何处进入美国
Place of Entry into the United States  NEW YORK 州          市

如何来到美国              乘飞机 [ ]  乘船 [✓]  其他 [ ]
I Entered the United States  by air    by sea    Other _____

[ ] 我持有中国护照, 号码是:
    I Hold a China Passport No. _____

[✓] 我没有中国护照.
    I have no passport.

张 绩 好                          02 - 12 · 07
签名 Signature of the traveler        填表日期 Date

[✓] 请在适当方格内填上 [✓]号。  [ ] Tick as appropriate.



# 中国旅行证申请表

(请逐项正楷填写)　　(持用外国护照者不得申请)　　年　月　日

| | | | | |
|---|---|---|---|---|
| 姓名 | 中文：张统好 | | | 贴照片处 |
| | 外文：Zhang, Tong Ho | | | |
| 性别 | 男 | 出生地点 | 福建省 长乐 县(市) | |
| 出生日期 | 72 年 1 月 8 日 | 婚姻状况 | NO | |
| 职业 | 小工 | 文化程度 | 小学 | |
| 服务单位 | NO | | | |
| 地址电话 | NO | | | |
| 住址 | 中国：福建省长乐市[illegible]乡[illegible] 12 | | | |
| | 国外：1382, white plains | 电话 | 718 829 0087 | |
| 在美身份 | NO | 领照原因 | NO | |
| 交验证件的名称及其号码 | (工卡)/绿卡 | | | |

| | | | | |
|---|---|---|---|---|
| 原持护照证件情况 | 证件名称 | NO | 如已遗失，请填上遗失情况： | |
| | 证件号码 | NO | 遗失地点 | NO |
| | 发证机关 | NO | 遗失时间 | NO |
| | 发证时间 | NO | 遗失原因 | NO |
| | 发证地点 | NO | | |
| | 有效期限 | NO | | |

**U.S. Department of Justice**
**Immigration and Naturalization Service**
Philadelphia District

*1287 County Welfare Road*
*Leesport, PA. 19533*

December 10, 2001

Consulate General of the People's Republic of China
Attn: Vice Consul Zheng
520 12th Avenue
New York, NY 10036

### RE: ZHANG, Tong Ho  A#70 577 572

Dear Vice Consul Zheng,

Please accept this letter with the enclosed documents as a formal request for an emergency travel document on behalf of Mr. Tong Ho Zhang, a native and citizen of China.

Mr. Zhang entered the United States illegally at Douglas, AZ on or about July 29, 1992. At that time. Mr. Zhang was not in possession of a valid passport or visa. As a result, Mr. Zhang was placed in exclusion proceedings for which he failed to appear and was ordered excluded from the United States

Mr Zhang will be scheduled to depart the United States upon receipt of a travel document. Since he is being detained at Service expense, a prompt response to our request to obtain a travel document would be most appreciated.

Should you need any further information to assist you in obtaining a travel document, please contact Officers Bernal or Savina at (610) 208-4821 or fax (610) 376-0435.

Sincerely,

Theodore R. Nordmark  *by 92*
Theodore R. Nordmark
Assistant District Director
Detention and Deportation
Encl:
(1) Order to Show Cause
(2) Decision of the Immigration Judge
(3) Warrant of Deportation
(4) Form I-217
(5) Passport-sized photographs

5



**U.S. Department of Justice**
Immigration and Naturalization Service

---

*1600 Callowhill Street*
*Philadelphia, PA 19608*

ZHANG, Tong Ho                                    A# 70 577 572
C/O Montgomerey County Correctional Facility
Booking # 02-0014
60 Eagleville Road
Norristown, PA 19403-1400

## Notice to Alien of File Custody Review

You are detained in the custody of the Immigration and Naturalization Service (INS) and you are required to cooperate with the INS in effecting your removal from the United States. If the INS has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering INS custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in INS custody, the INS District Director will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you will not pose a danger to the community and will not present a flight risk.

Your custody status will be reviewed on or about: March 12, 2002. The District Director may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The district director will notify you of the decision in your case. Attached to this notice a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

U.S. Department of Justice
**Immigration and Naturalization Service**
**Attn: Deportation Officer Bernal**
1287 County Welfare Road
Leesport, PA 19533

---

## METHOD OF SERVICE

I certify that this form was provided to the alien by:                (Hand)                    (Institution Mail)
( ) CC: Attorney of Record or Designated Representative
(X) CC: A-file

_____        EShdalsm Prland        2/5/02
Signature of Officer                  Print Name of Officer              Date

# POST ORDER CUSTODY REVIEW WORKSHEET FOR FILE REVIEW AND/OR INTERVIEW

**Detainee Name**: Tong Ho ZHANG   **Date of Birth**: 01/08/1972   **"A" Number**: A70 577 572

**AKAs: Chin Sun LIN**          **BOP Number:**

**Country of Birth:**   China      **Citizenship:**   China

**Date of Arrival:**   July 29, 1992  **Place of Arrival:**      Douglas, AZ

**Manner of Arrival:**  EWI      **Last Date into INS Custody:**   December 12, 2001

**Entered INS Custody from:**   ☒   **Local** ☐ **State** ☐ **Federal Institution**
                             ☐   **Other**

**Location:**    **Rikers Island**       **Institution Number: NYSID8208149Q**

**Immigration History:** (Prior INS arrest[s]/parole/bond/custody information)

    Describe:     09/29/92: Entered EWI
                  07/30/92 OSC issued: Released on Bond
                  10/14/92: Ordered removed by IJ in absentia, bond breached

---

**Deportation Officer:** Robert Bernal     **Date of Review:**     03/13/2002

**Location Detained:**   Montgomery County Correctional Facility
                         60 Eagleville Road
                         Norristown, PA 19403-1400

---

## Deportation/Exclusion/Removal Proceedings

**List all Charges:**    ☐     Section 237 (a)      ,  ,
                         ☐     Section 212 (a)      ,  ,
                         ☒     Section 241      (a)(1)(B),   ,

☒    Under <u>Final Order</u> dated 10/14/92 by ☒ IJ ☐ BIA ☐ Other

☒    Appeal Waived        /     | Appeal Time Elapsed |

**Travel Document Status/History:**
**Travel documents have been requested on August 27, 2001, December 10, 2001 and February 12, 2002. Subject was presented to the Chinese consulate on August 27, 2001 by the Varick Street office. No response has been received yet.**

## Legal Representative / Attorney

**G-28 Filed:** ☐ Yes  ☒ No

**Legal Rep/Atty. Notified of Interview:** ☐ Yes  ☐ N/A  by:

on:

**Name of Representative / Attorney:**

**Mailing Address:**  **Telephone Number:**

**Present during interview:** ☐ Yes  ☐ No

## Criminal History

**Outside the United States:** No record found
(specify nature of crime, whether convicted, sentence imposed, date, and country)

**In the United States:** See below

**NCIC Checks:** ☒ Criminal History  ☐ No record Found
(State and Federal)

**FBI#** 288416CB9  **SID# NY 8208149Q**
Summary of NCIC Checks:
Subject has been arrested for Kidnapping, Robbery 1°, and Criminal Possession of a Weapon.
No record of conviction found in file or NCIC printout.
Subject also had a bench warrant placed on him.

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**  ☐ Yes  ☒ No

    If Yes, List & Describe:  No record found

**Disciplinary reports and Incidents while in INS Custody?**  ☐ Yes  ☒ No

    If Yes, List & Describe:  No record found

## Specifics of Interview

**Date of File Review:**      03/13/2002

**Date of Detainee Interview:** *NO INTERVIEW HELD*

**Location of Interview:**

**Interviewing Officer:#1:**

**Interpreter Used:**  ☐ Yes      ☐ No      Name:
**Language/Dialect:**

---

**Does the detainee have a place to live in the United States?**      ☐ Yes      ☒ No

    Address:      No evidence submitted or found

**Is the detainee subject to any parole or probation requirements?**      ☐ Yes      ☒ No

    Describe:

**Does the detainee have close family ties within the United States?**      ☐ Yes      ☒ No

    Describe:      No evidence submitted or found

**Does the detainee have any community ties or non-governmental sponsors?** ☐ Yes ☒ No

    Describe:      No evidence submitted or found

**Does the detainee have any employment prospects?**      ☐ Yes      ☒ No

    Describe:      No evidence submitted or found

**What is the detainee's employment history?**

    Describe:      No evidence submitted or found

**What is the detainee's educational level?**

    Describe:      Unknown

**Does the detainee have any vocational training?**      ☐ Yes      ☒ No

    Describe:

## _Medical/Psychological Concerns_

**Medical/Psychological Report :** ☐ In A-File ☒ None ☐ Not Available

**Date and Source:**

**Summary:**

**Other documentary evidence for consideration in this review:**

NCIC printout

## Discussion at Interview

**Notes:**                              _NO INTERVIEW HELD_

The INS detainee was found ☐ **CREDIBLE**    ☐ **NOT CREDIBLE**
**Explain:**

## Officer Comments/Analysis & Recommendation

The subject of this review is 30-year-old native and citizen of the People's Republic of China. He has been arrested for several violent crimes but no record of conviction can be found. However, the subject has proven himself to be a flight risk. He has breached one immigration bond in addition to failing to appear for a scheduled immigration hearing. He has also failed to report as ordered for removal. The subject has also had a bench warrant placed on him by the NYPD. It is abundantly clear that the subject would likely not comply with any orders given to him by the INS.

The conclusion that the subject would pose a significant flight risk is further strengthened by the subject's almost complete lack of equities in the United States. He lacks familial or communal ties, offered employment and a place of residence. The subject has provided no evidence whatsoever to rebut the assumption that he is a flight risk.

While a travel document has not yet been received, it is common knowledge that the Chinese consulate in New York is extremely slow to issue travel documents. It is not unreasonable to believe that a travel document can be obtained through persistent effort.

As such, it is recommended that the subject remain in Service custody and that the authority for his continued detention be passed on to the Headquarters Post Order Custody Unit.


Reviewing Officer: R. Bernal

14 March 02    | Detain |    Release
Date:

Reviewed by:

3/14/02    Concur    Do Not Concur
Date:

Page 5

# DISTRICT DIRECTOR'S CUSTODY DETERMINATION

☐    RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☐    RELEASE FROM CUSTODY / ORDER OF SUPERVISION UNDER BOND

      Bond Amount: _____

☐    CONTINUE IN CUSTODY / RETAIN CUSTODY DETERMINATION AUTHORITY
      FOR AN ADDITIONAL 90 DAYS AFTER REMOVAL PERIOD.

☒    CONTINUE IN CUSTODY / TRANSFER CUSTODY DETERMINATION
      AUTHORITY TO HQ PDU.

Comments (attach additional sheet(s) if necessary):

INS District Office:     *Phila, PA*

Signature of District Director:     Date: *3/18/02*
or of District Director's Designee     *JP Sallemi DADD*
                       (Printed Name & Title)

# *HEADQUARTER'S REVIEW OF CONTINUED DETENTION*

Reviewing Officers       Concur     Reconsider     Date

_____    _____    _____    _____
    (Name, Title, Signature)

_____    _____    _____    _____
    (Name, Title, Signature)

_____    _____    _____    _____
    (Name, Title, Signature)

For comments, please refer to the "Headquarters Post Order Custody Review" form.

6



**U.S. Department of Justice**
Immigration and Naturalization Service
Philadelphia District

*1600 Callowhill Street*
*Philadelphia, PA 19608*

*March 19, 2002*

Tong Ho ZHANG
C/O Montgomery County Correctional Facility
60 Eagleville Road
Norristown, PA 19403-1400

## Decision by District Director to Continue Detention
## Upon Expiration of Removal Period

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of the Immigration and Naturalization Service (INS) at this time. This decision has been made based on a review of your file and consideration of the information submitted to INS reviewing officials in support of your application for release.

After carefully weighing the factors pertaining to your case, you will not be released from the custody of the INS because:

A review of your file indicates that you have been arrested for several crimes but do not appear to have been convicted. However, a review of your file does not indicate that you have any positive equities that would indicate that you would not pose a significant risk of flight if released. You have entered the United States illegally and have failed to comply with Service orders to present yourself for hearings and removal. You have provided no proof of familial or communal ties, offered employment or a place of residence. As such, you have been deemed to pose a significant risk of flight.

Control of your custody case will be:

■ Transferred to the INS Headquarters Post Order Detention Unit. Your situation will be reviewed again by that unit within 30 days after it receives the case. They will send a notice to you when they schedule that review. Any material touching on your qualifications for release that you wish to have considered should be submitted to that office. You will find their address at the bottom of the next page.

☐ Maintained at this office for another 90 days. If no travel document is obtained within that period, control will be transferred to the INS Headquarters Post Order Detention Unit. Until that time any inquiries or material that you wish to have considered should be submitted to: _____

                                                                 (Name)

at : _____
                         (Address)

Kenneth J. Elwood by PS.                    3/19/02

**Signature of District Director/Designated Representative**                    Date
(Page 1 of 2)

---

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I _____,
                    *Name & Title of INS Officer*

certify that I served _____ with a copy
                                    *Name of detainee*

of this document at _____ on _____, at _____.
                            *Institution*                              *Date*                    *Time*

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I  Robert Bernal, D.O. _____, certify that I served  Tong Ho ZHANG A#72 577 572 _____
        *Name & Title of INS Officer*                                    *Name of detainee*

an the custodian of records at _____MCCF_____
                                                                            *Institution*
with a copy of this document by certified mail at on  03/19/2002 _____.
                                                                            *Date*

(   ) CC:  Attorney of Record or Designated Representative
( X ) CC:  A-File

**ADDRESS FURTHER CORRESPONDENCE TO:**
INS Enforcement
801 I St. NW, Suite 801
Washington, D.C.  20536

Attn: Headquarters Post Order Detention Unit

7



**U.S. Department of Justice**
Immigration and Naturalization Service

HQPDU
*Washington, DC 20536*

A70 577 572

Tong Ho Zhang
Philadelphia District Office
Montgomery County Correctional Facility
1287 County Welfare Road
Leesport, PA 19533

### Decision to Continue Detention

The Immigration and Naturalization Service ("Service") has reviewed your request for release from detention pending your eventual removal from the United States. Based upon evidence in your administrative file as well as information contained in the record, your request is denied, although without prejudice to your ability to submit additional evidence in the future to demonstrate a good reason to believe that repatriation to China is not likely in the foreseeable future.

You are a native and citizen of the People's Republic of China who entered the United States illegally on July 29, 1992 near Douglas, AZ. You were served with an Order to Show Cause and placed into Removal Proceedings. While your case was pending, you were released after posting a delivery bond. Since you failed to appear for your hearing, your were ordered deported *in absentia* by an immigration judge on October 14, 1992. You were sent a notice demanding that you report for deportation and failed to report as required. The bond that was placed was consequently breached. Although you have a lengthy record of arrests, it does not appear that you were ever convicted of a crime. However, it was during on of your brief visits to jail, that immigration officers encountered you. Upon your release, you came back into INS custody on December 12, 2001.

The INS made a request to the Chinese government on August 27, 2001 for a document to effect your repatriation to China. Follow-up requests were made on December 10 and February 12, 2002. The INS' experience demonstrates that it is likely that a Chinese national may be removed to that country. In Fiscal Year (FY) 2000, 531 persons were removed to China. For the FY 2001, 472 persons were removed to China. And in the first three months of FY 2002, 207 nationals were removed. You have not demonstrated any evidence that your case is an exception. You have not shown good reason to believe that your removal is unlikely

This denial, however, does not preclude you from bringing forth evidence at anytime in the future to demonstrate a good reason to believe that your removal is unlikely. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with the Service's efforts to remove you by taking whatever actions the Service requests to effect your removal.

You are also advised ~t any willful failure or refusal on you~ ~t to ~ppl, ~ a~
for travel documents, or any actions or conspiracy on your part with others to obstruct the
issuance of travel documents, may subject you to criminal prosecution under 8 U.S.C. § 1253(a).

For the reasons indicated, the Service denies your application for release.

MAY 16 2002

_____          _____
Signature of HQPDU Director/Designated Representative              Date