**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TONG HO ZHANG, A-70-577-572** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **JOHN ASHCROFT, U.S. Attorney** | : | |
| **General and IMMIGRATION and** | : | |
| **NATURALIZATION SERVICE** | : | |
| **Respondents.** | : | **NO.  02-4377** |

### O R D E R

**AND NOW**, this 3rd day of September, 2002, **IT IS ORDERED** that Joseph C. Hohenstein, Esquire, is **APPOINTED** as counsel for petitioner, Tong Ho Zhang, in this matter pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.  Mr. Hohenstein shall promptly obtain the necessary forms for appointment of counsel under the Criminal Justice Act and submit them to the Court for signature.

**IT IS FURTHER ORDERED** as follows:

1.  The Government shall promptly serve Mr. Hohenstein with a copy of its response to the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241; and,

2.  On or before September 23, 2002, counsel shall file and serve a joint status report with regard to further proceedings in the case.  One (1) copy of the status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

_____

**JAN E. DUBOIS, J.**