IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONG HO ZHANG, A-70-577-572** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| **JOHN ASHCROFT, U.S. Attorney** | : | |
| **General and IMMIGRATION and** | : | |
| **NATURALIZATION SERVICE** | : | |
| Respondents. | : | NO.  02-4377 |

**O R D E R**

**AND NOW**, this 24th day of September, 2002, the Court having received a status report from counsel dated September 23, 2002,[1] **IT IS ORDERED** that on or before October 24, 2002, counsel shall file and serve a supplemental joint status report with regard to further proceedings in the case.  One (1) copy of the supplemental joint status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

The Court noting from the joint status report of September 23, 2002, that the parties are negotiating with respect to a stay of deportation and that, should the parties be unable to reach agreement on or before October 8, 2002, petitioner ". . . will file a Motion for Stay of Deportation with the Court," **IT IS FURTHER ORDERED** that in the event the parties are unable to reach agreement with regard to a stay of deportation, a Motion for Stay of Deportation shall be filed and served on or before October 15, 2002.  The response to the Motion shall be filed and served within seven (7) days of service of a copy of the Motion.  One (1) copy of any

---

[1] Pursuant to this Court's Order of September 3, 2002, the joint status report was to have been filed.  A copy of the September 23, 2002, shall be filed with this Order.

such Motion and response shall be served on the Court (Chambers, Room 12613) when the originals are filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**