IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONG HO ZHANG, A-70-577-572** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| **JOHN ASHCROFT, U.S. Attorney** | : | |
| **General and IMMIGRATION and** | : | |
| **NATURALIZATION SERVICE** | : | |
| Respondents. | : | NO. 02-4377 |

**O R D E R**

**AND NOW**, this 28th day of October, 2002, the Court having received a status report from respondents, through counsel, dated October 25, 2002,[1] **IT IS ORDERED** that on or before December 30, 2002, the parties, through counsel, shall file and serve a joint status report with respect to removal of petitioner to China and the need for further proceedings in this case. One (1) copy of the said joint status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**

---

[1] Pursuant to this Court's Order of September 24, 2002, the parties were to have filed and served a joint status report on or before October 24, 2002. A copy of the October 25, 2002 report shall be filed with this Order.