IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONG HO ZHANG, A-70-577-572** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| **JOHN ASHCROFT, U.S. Attorney** | : | |
| **General and IMMIGRATION and** | : | |
| **NATURALIZATION SERVICE** | : | |
| Respondents. | : | NO. 02-4377 |

## O R D E R

**AND NOW**, this 31st day of December, 2002, the Court having received a status report from respondents, through counsel, dated December 30, 2002,[1] **IT IS ORDERED** that on or before January 30, 2003, the parties, through counsel, shall file and serve a joint status report with respect to removal of petitioner to China and the need for further proceedings in this case. One (1) copy of the said joint status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**

---

[1] Pursuant to this Court's Order of October 28, 2002, the parties were to have filed and served a joint status report on or before December 30, 2002. A copy of the December 30, 2002 report shall be filed with this Order.