IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONG HO ZHANG, A-70-577-572** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| **JOHN ASHCROFT, U.S. Attorney** | : | |
| **General and IMMIGRATION and** | : | |
| **NATURALIZATION SERVICE** | : | |
| Respondents. | : | NO. 02-4377 |

**O R D E R**

**AND NOW**, this 30th day of January, 2003, upon receipt of the status report from defendant dated January 30, 2002 [sic],[1] **IT IS ORDERED** that on or before March 3, 2003, the parties, through counsel, shall file and serve a joint status report with respect to removal of petitioner to China and the need for further proceedings in this case. One (1) copy of the said joint status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**

---

[1] Pursuant to this Court's Order of December 31, 2002, the parties were to have filed and served a joint status report on or before January 30, 2003. A copy of the January 30, 2002 [sic] status report shall be docketed.