IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONG HO ZHANG, A-70-577-572 : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL ACTION |
| : | |
| JOHN ASHCROFT AND : | |
| IMMIGRATION AND : | NO. 02-4377 |
| NATURALIZATION SERVICE : | |
| : | |
| Respondents. : | |

### STIPULATION FOR VOLUNTARY DISMISSAL

AND NOW, this 24th day of March, 2003, it is hereby agreed by and between the undersigned counsel that petitioner's claims against respondents, the Attorney General of the United States and the Immigration and Naturalization Service, should be dismissed with prejudice and without costs pursuant to Local Rule of Civil Procedure 41.1(b).

PATRICK L. MEEHAN
United States Attorney

_____
JOSEPH HOHENSTEIN
Attorney for Petitioner

_____
VIRGINIA A. GIBSON
Assistant United States Attorney
Chief, Civil Division

_____
SUSAN R. BECKER
Assistant United States Attorney
Attorneys for Respondents

UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

## WARRANT OF DEPORTATION

No.

UNDER DOCKET CONTROL PHO

A70 577 572

To any Officer or Employee of the United States Immigration and Naturalization Service.

After due hearing before an authorized officer of the United States Immigration and Naturalization Service, and upon the basis thereof, an order has been duly made that the alien   LIN, Chin Sun AKA: ZHANG, Tong Hao
who entered the United States at/near Douglas, Arizona

on or about the 29th day of July, 1992, is subject to deportation under the following provisions of the laws of the United States, to wit:

Section 241(a)(1)(B) of the Immigration & Nationality Act.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his direction, command you to take into custody and deport the said alien pursuant to law, at the expense of the

Appropriation, "Salaries and Expenses Immigration and Naturalization Service, 19_93_," including the expense of an attendant if necessary.

Signature: _Ruth Anne Myers_
Title: District Director
Date: April 22, 1993
Place: Phoenix, AZ

Form I-205
(Rev. 11-29-79)N

## WARRANT FOR DEPORTATION OF

**ZHANG, TONG HAO AKA: LIN CHIN SU**
(Name of Deportee)

Deported at Port of **SAN FRANCISCO, CA** on **03/15/03**
(port of departure from the U.S.)   (date of departure)

via **UA 857 03/15/03**
(manner of departure; identify airline or ship; if other, state: afoot, car, etc.)

Departure witnessed by: _Derek F. Bell DFO/NOL_
(signature and title of officer)

If actual departure **not** witnessed, fully identify source or means of departure verification: _____

If self-deportation pursuant to 8CFR 243.5, check here ☐

Officer Executing Warrant: _Fennick B. Johnson, DO_
(signature and title)

Date Form Completed: **03/15/03**

Comments:

_Zhang Tong Ho_
(signature of person fingerprinted)

_Fennick B. Johnson, DO_
(signature of official taking print)

**DEPORTATION OFFICER**
(title of official taking print)

INDEX
Right-thumb print

GPO 883 444