# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONG HO ZHANG, A-70-577-572 | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHN ASHCROFT, U.S. Attorney | : | |
| General and IMMIGRATION and | : | |
| NATURALIZATION SERVICE | : | |
| Respondents. | : | NO. 02-4377 |

## O R D E R

**AND NOW**, this 25th day of March, 2003, upon consideration of the Stipulation of Voluntary Dismissal signed by the parties, through counsel (Document No. 17, filed March 24, 2003), pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**